IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | :     CASE NO: 7:23-CR-65 WLS-TQL-02 |
| **JAMES TYRONE McCORMICK,** | : |
| | : |
| **Defendant.** | : |
| _____ | : |

**ORDER**

      Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on Wednesday, September 13, 2023, at 3:00 p.m. and for trial on Monday, October 9, 2023 (Doc. 246). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*)

      The Defendant, James Tyrone McCormick, filed a Motion for Continuance in the Interest of Justice (Doc. 295) ("Motion"). Defendant was indicted on July 12, 2023, and his first appearance occurred on August 17, 2023. Defense Counsel requests a continuance so that Defendant will have time to receive and review the discovery, to consider any appropriate pretrial motions, and to prepare a proper defense for trial. Further, Defendant notes that an Order (Doc. 294) was entered on September 11, 2023, declaring and certifying this case complex as to all defendants.

      The Order (Doc. 294) further requires the Parties to confer and then meet with the Court in a status conference to discuss deadlines and scheduling. Finally, pursuant to the Court's Order (Doc. 294), this case is **EXCLUDED FROM COMPUTATION** under 18 U.S.C. § 3161 for reasons set forth therein and the case is **CONTINUED** beyond the time limitations set by the Speedy Trial Act.

      Based on the foregoing, the Court finds that the Motion (Doc. 295) is **GRANTED** to the extent the September 13, 2023 pretrial conference is **CANCELLED** and is **DENIED**

**AS MOOT** as the trial of the case has been continued as to all Defendants by the Court's prior Order (Doc. 294).

    **SO ORDERED**, this 13th day of September 2023.

                                                    /s/ W. Louis Sands
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                    **UNITED STATES DISTRICT COURT**