IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| **JAMES TYRONNE McCORMICK,** | : | **7:23-cr-65-WLS-TQL-02** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

On July 31, 2024, Defendant James Tyronne McCormick pled guilty to five counts of Distribution of Cocaine Base, in violation of 18 U.S.C. § 841(a)(1) and 841(b)(1)(C), and his sentencing hearing was scheduled for October 24, 2024. (Docs. 399, 403). On September 16, 2024, the United States Probation Office, via email memorandum sent to this Court, requested a continuance of Defendant's sentencing hearing. The continuance is requested because the probation officer's initial review of discovery reveals voluminous digital records that will require additional time for the probation officer to review and complete a thorough investigation and finalize Defendant's presentence investigation report. The probation officer states that rescheduling the sentencing hearing toward the end of November or beginning of December 2024 will allow sufficient time for a thorough investigation to be completed and disclosed in time for other parties to review prior to a rescheduled sentencing hearing. Finally, the probation officer states that Defendant has been in federal custody since August 17, 2023. However Defendant is facing a lengthy term of imprisonment. Therefore, based on initial guideline calculations, the danger of an over-service of confinement is unlikely.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." Defendant entered a plea of guilty in this matter on July 31, 2024. (Doc. 403.) However, as a thorough presentence investigation report is necessary for this Court to determine a sentence that is "sufficient, but not greater than necessary" to serve the purposes of sentencing set forth in 18 U.S.C. § 3553(a), the Court finds that a continuance of Defendant's sentencing in this matter is appropriate.

     Accordingly, it is hereby **ORDERED** that the Sentencing Hearing scheduled to take place on October 24, 2024, is **CANCELLED**. Defendant's sentencing hearing is rescheduled for **Thursday, December 5, 2024 at 3:00 p.m.**, to be held in Albany, Georgia.

     **SO ORDERED**, this 17th day of September 2024.

                                               **/s/ W. Louis Sands**
                                               **W. LOUIS SANDS, SR. JUDGE**
                                               **UNITED STATES DISTRICT COURT**