IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| **JAMES TYRONNE McCORMICK,** | : | **7:23-cr-65 WLS-ALS-02** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

By Order (Doc. 711) entered February 12, 2025, the Court granted Defendant James Tyronne McCormick's ("McCormick") Unopposed Motion for Continuance (Doc. 710) ("Motion"). This Order corrects the date of the sentencing hearing that was cancelled.

Accordingly, it is hereby **ORDERED** that:

1. McCormick's Motion (Doc. 710) is **GRANTED**, and McCormick's sentencing hearing scheduled for February 20, 2025, is **CANCELLED**.

2. McCormick's sentencing hearing shall be reset by separate order or notice.

The remainder of the Court's Order (Doc. 711) shall remain in effect.

**SO ORDERED**, this 13th day of February 2025.

                                                                           /s/ W. Louis Sands
                                                                           **W. LOUIS SANDS, SR. JUDGE**
                                                                           **UNITED STATES DISTRICT COURT**